# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| THOMAS W. THOMPSON, JR., | : No. 30 WM 2014 |
| Petitioner | : |
| v. | : |
| RANDOLPH PUSKAR, JOSEPH DUPONT, DANIEL BURNS, ROBERT MCINTYRE AND NEIL FEATHERS, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.